JPML FORM 1A - Continuation                                    DOCKET ENTRIES -- p.____

DOCKET NO. 502 -- In re §The Chase Manhattan Bank Polar Chips Investment Litigation

| Date | Ref | Pleading Description |
|---|---|---|
| 82/03/23 | 1 | MOTION, BRIEF, AFFIDAVIT, SCHEDULE OF ACTIONS of Isaac H. Brownw for Transfer -- Movant Isaac H. Brown w/cert. of svc.<br>SUGGESTED TRANSFEREE DISTRICT: M.D. Florida<br>SUGGESTED TRANSFEREE JUDGE:                    (ds) |
| 82/04/01 |   | HEARING ORDER -- Setting motion to consolidate A-1 through A-24 for Panel hearing in San Francisco, Calif. on April 29, 1982  (cds) |
| 82/04/02 |   | APPEARANCES -- DENNIS M. CAMPBELL, ESQ. for The Chase Manhattan Bank, N.A.: BARRY SNELL, ESQ. for Issac H. Brown; STEPHEN O. COLE, ESQ. for Martin G. Roberts                    (ds) |
| 82/04/09 | 2 | REPLY REGARDING MOTION TO STRIKE, REPLY TO CHASE'S RESPONSE CERT. OF SVC. -- Isaac H. Brown.  (eaf) |
| 82/04/12 | 3 | RESPONSE, MOTION TO STRIKE, AFFIDAVIT -- The Chase Manhattan Bank, N.A. w/cert. of svc. (ds) |
| 82/04/27 |   | HEARING APPEARANCE: Dennis M. Campbell for The Chase Manhattan Bank, N.A.<br>WAIVERS OF ORAL ARGUMENT: Spivey, Nixon, Bilotta, Broderick, Lacey, Davis, Croft, Bardner, Stanford, McConnell, Scott ; Donald Arthur, Barry Weiss, Vincent Albanese, Patsy albanese, David Lukacher, Herbert C. Sigvartsen, Ralph H. Jennings, Jr., Franklin B. McKechnie; Mr. Martin G. Roberts                                       (emh) |
| 82/04/28 | 4 | STIPULATION FOR TRANSFER -- filed by Chase Manhattan Bank and Isaac H. Brown.     (ds) |
| 82/05/12 |   | ORDER DENYING TRANSFER -- mot. for transfer pursuant to 28 U.S.C. §1407 DENIED as MOOT -- notified all involved.(eaf |
| 82/05/12 | 5 | MOTION TO DISMISS -- Movant Isaac H. Brown w/cert. of svc. (ds) |

JPML Form 1

Revised: 8/78

DOCKET NO. 502 -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: IN RE THE CHASE MANHATTAN BANK POLAR CHIPS INVESTMENT LITIGATION

## SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| April 29, 1982 | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | May 12, 1982 | MO Denial | unpub. | | | |

### Special Transferee Information

DATE CLOSED: May 12, 1982

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 502 -- In re The Chase Manhattan Bank Polar Chips Investment Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | The Chase Manhattan Bank, N.A. v. Issac H. Brown | S.D.Fla. Roettger | 81-1977 CIV-NCR | | | | MAY 1 2 1982 |
| A-2 | The Chase Manhattan Bank, N.A. v. Donald Arthur | M.D.Fla. Carr | 81-780 CIV-T-GC | | | | MAY 1 2 1982 |
| A-3 | The Chase Manhattan Bank, N.A. v. Vincent Albanese | M.D.Fla. Carr | 81-781-CIV-T-GC | | | | " |
| A-4 | The Chase Manhattan Bank, N.A. v. Barry Weiss | M.D.Fla. Carr | 81-782-CIV-T-GC | | | | " |
| A-5 | The Chase Manhattan Bank, N.A. v. David Lukacher | M.D.Fla. Carr | 81-783-CIV-T-GC | | | | " |
| A-6 | The Chase Manhattan Bank, N.A. v. Michael D. Slomka | M.D.Fla. Carr | 81-784-CIV-T-GC | | | 1/5/82 D | (crossed out) |
| A-7 | The Chase Manhattan Bank, N.A. v. William O. Davenport, Jr. | M.D.Fla. Carr | 81-785-CIV-T-GC | | | | " |
| A-8 | The Chase Manhattan Bank, N.A. v. Martin G. Roberts | M.D.Fla. Carr | 81-795-CIV-T-GC | | | | " |
| A-9 | The Chase Manhattan Bank, N.A. v. Herbert C. Sigvartsen | M.D.Fla. Carr | 81-796-CIV-T-GC | | | | " |
| A-10 | The Chase Manhattan Bank, N.A. v. William E. Sherrill | M.D.Fla. Carr | 81-910-CIV-T-GC | | | | " |
| A-11 | The Chase Manhattan Bank, N.A. v. Franklin B. McKechnie | M.D.Fla. Carr | 81-469-CIV-ORL-R(GC) | | | | " |
| A-12 | The Chase Manhattan Bank, N.A. v. James Norton Spivey | M.D.Fla. Carr | 81-473-CIV-ORL-R(GC) | | | | " |
| A-13 | The Chase Manhattan Bank, N.A. v. James R. Williams | M.D.Fla. Carr | 81-474-CIV-ORL-R(GC) | | | | " |

DOCKET NO. 502 -- In re The Chase Manhattan Bank Polar Chips Investment Litigation

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-14 | The Chase Manhattan Bank, N.A. v. Joseph J. Nixon | M.D.Fla. Carr | 81-475-CIV ORL-R(GC) | | | | MAY 12 1982 |
| A-15 | The Chase Manhattan Bank, N.A. v. Victor Bilotta | M.D.Fla. Carr | 81-476-CIV ORL-R(GC) | | | | // |
| A-16 | The Chase Manhattan Bank, N.A. v. Thomas J. Broderick | M.D.Fla. Carr | 81-477-CIV ORL-R(GC) | | | | // |
| A-17 | The Chase Manhattan Bank, N.A. v. James Allen Lacey, et al. | M.D.Fla. Carr | 81-478-CIV ORL-R(GC) | | | | // |
| A-18 | The Chase Manhattan Bank, N.A. v. Wilbur M. Davis, Jr. | M.D.Fla. Carr | 81-479-CIV ORL-R(GC) | | | | // |
| A-19 | The Chase Manhattan Bank, N.A. v. Carl L. Croft, et al. | M.D.Fla. Carr | 81-480-CIV ORL-R(GC) | | | | // |
| A-20 | The Chase Manhattan Bank, N.A. v. Julius M. Garner | M.D.Fla. Carr | 81-481-CIV ORL-R(CG) | | | | // |
| A-21 | The Chase Manhattan Bank, N.A. v. Thomas A. Stanford | M.D.Fla. Carr | 81-482-CIV ORL-R(CG) | | | | // |
| A-22 | The Chase Manhattan Bank, N.A. v. Bright McConnell | M.D.Fla. Carr | 81-483-CIV ORL-R(CG) | | | | // |
| A-23 | The Chase Manhattan Bank, N.A. v. Meredith Lee Scott | M.D.Fla. Carr | 81-489-CIV ORL-R(GC) | | | | // |
| A-24 | The Chase Manhattan Bank, N.A. v. Ralph H. Jennings, Jr. | M.D.Fla. Carr | 81-1047-CIV T-GC | | | | // |

JPML Form 4

ATTORNEY SERVICE LIST
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 502 -- In re The Chase Manhattan Bank Polar Chips Investment Litigation

---

THE CHASE MANHATTAN BANK, N.A. (A-1 thru A-24)
Dennis M. Campbell, Esquire
Mershon, Sawyer, Johnston, Dunwody & Cole
1600 Southeast Bank Building
Miami, Florida 33131

ISAC H. BROWN
Barry Snell, Esquire
603 Broadway National Bank Building
San Antonio, Texas 78209

WILLIAM O. DAVENPORT
WILLIAM E. SHERRILL
Jeffrey W. Warren, Esquire
101 South Franklin Street
Tampa, Florida 33602

MARTIN G. ROBERTS
Stephen O. Cole, Esquire
Post Office Box 1669
Clearwater, Florida 33517

JAMES R. WILLIAMS
Arthur J. Ranson, III, Esquire
Robertson, Williams, Duane, Lewis & Ranson
538 East Washington Street
Orlando, Florida 32801

DONALD ARTHUR
VINCENT ALBANESE
BARRY WEISS
DAVID LUKACHER
HERBERT C. SIGVARTSEN
FRANKLIN B. MCKECHNIE
RALPH H. JENNINGS, JR.
Albert I. Gordon, Esq.
625 E. Twiggs Street
Tampa, Florida 33602

JAMES NORTON SPIVEY
JOSEPH J. NIXON
VICTOR BILOTTA
THOMAS J. BRODERICK
JAMES ALLEN LACEY,
JUNE MEREDITH D. LACEY
WILBUR M. DAVIS, JR.
CARL L. CROFT
ANN S. CROFT
JULIUS M. GARDNER
THOMAS A. STANFORD
BRIGHT MCCONNELL
MEREDITH LEE SCOTT (No. app. rec'd
Bruce B. Blackwell, Esquire
Peed & King
Post Office Box 6165C
Orlando, Florida 32853

MICHAEL D. SLOMKA
Unable to determine counsel

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 502 -- In re The Chase Manhattan Bank Polar Chips Investment Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Issac H. Brown | A-1 |
| Donald Arthur | A-2 |
| Vincent Albanese | A-3 |
| Barry Weiss | A-4 |
| David Lukacher | A-5 |
| Michael D. Slomka | A-6 |
| William Ol Davenport, Jr. | A-7 |
| Martin G. Roberts | A-8 |
| Herbert C. Sigvartsen | A-9 |
| William E. Sherrill | A-10 |
| Franklin B. McKechnie | A-11 |

p. 2

| Name | Ref |
|---|---|
| James Norton Spivey | A-12 |
| James R. Williams | A-13 |
| Joseph J. Nixon | A-14 |
| Victor Bilotta | A-15 |
| Thomas J. Broderick | A-16 |
| James Allen Lacey, | A-17 |
| June Meredith D. Lacey | A-17 |
| Wilbur M. Davis, Jr. | A-18 |
| Carl L. Croft | A-19 |
| Ann S. Croft | A-19 |
| Julius M. Garner | A-20 |

JPML FORM 3

p. 3

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 502 -- In re The Chase Manhattan Bank Polar Chips Investment Litigation

| Name of Party | Named as Party in Following Actions |
|---|---|
| Thomas A. Stanford | A-21 |
| Bright McConnell | A-22 |
| Meredith Lee Scott | A-23 |
| Ralph H. Jennings, Jr. | A-24 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

p. 3