DOCKET NO. 502

MAY 12 1982

5/12/82

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE THE CHASE MANHATTAN BANK POLAR CHIPS INVESTMENT LITIGATION

ORDER DENYING TRANSFER

Presently before the Panel is a motion, pursuant to 28 U.S.C. §1407, to transfer the action listed on the attached Schedule A, and pending at the time of the motion in the Southern District of Florida, to the Middle District of Florida for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.[1/] Because Judge Norman C. Roettger, Jr. has entered an order, dated April 29, 1982, transferring the Southern District of Florida action to the Middle District of Florida pursuant to 28 U.S.C. §1404,

IT IS ORDERED that the motion for transfer pursuant to 28 U.S.C. §1407 be, and the same hereby is, DENIED as moot.

FOR THE PANEL:

Andrew A. Caffrey
Chairman

---

[1/] The motion for Section 1407 transfer in this docket included one additional action -- The Chase Manhattan Bank, N.A. v. Michael D. Slomka, M.D. Florida, C.A. No. 81-784-CIV-T-GC -- that was dismissed by the court in the Middle District of Florida by an order dated January 5, 1982.

SCHEDULE A

**MDL-502 -- In re Chase Manhattan Bank Polar Chips Investment Litigation**

<u>Southern District of Florida</u>
The Chase Manhattan Bank, N.A., v. Isaac H. Brown,
    C.A. No. 81-1977-Civ.-NCR
<u>Middle District of Florida</u>
The Chase Manhattan Bank, N.A., v. Donald Arthur,
    C.A. No. 81-780-Civ.-T-GC
The Chase Manhattan Bank, N.A., v. Vincent Albanese,
    C.A. No. 81-781-Civ-T-GC
The Chase Manhattan Bank, N.A., v. Barry Weiss,
    C.A. No. 81-782-Civ-T-GC
The Chase Manhattan Bank, N.A., v. David Lukacher,
    C.A. No. 81-783-Civ-T-GC
The Chase Manhattan Bank, N.A. v. William O. Davenport, Jr.,
    C.A. No. 81-785-Civ-T-GC
The Chase Manhattan Bank, N.A., v. Martin G. Roberts,
    C.A. No. 81-795-Civ-T-GC
The Chase Manhattan Bank, N.A., v. Herbert Sigvartsen,
    C.A. No. 81-796-Civ-T-GC
The Chase Manhattan Bank, N.A., v. William E. Sherrill,
    C.A. No. 81-910-Civ-T-GC
The Chase Manhattan Bank, N.A., v. Franklin B. McKechnie,
    C.A. No. 81-469-Orl-R(GC)
The Chase Manhattan Bank, N.A., v. James Norton Spivey,
    C.A. No. 81-473-Civ-Orl-R(GC)
The Chase Manhattan Bank, N.A., v. James R. Williams,
    C.A. No. 81-474-Civ-Orl-R(GC)
The Chase Manhattan Bank, N.A., v. Joseph J. Nixon,
    C.A. No. 81-475-Civ-Orl-R(GC)
The Chase Manhattan Bank, N.A., v. Victor Bilotta,
    C.A. No. 81-476-Orl-R(GC)
The Chase Manhattan Bank, N.A., v. Thomas J. Broderick,
    C.A. No. 81-477-Civ-Orl-R(GC)
The Chase Manhattan Bank, N.A., v. James Allen Lacey, et al.,
    C.A. No. 81-478-Civ-Orl-R(GC)
The Chase Manhattan Bank, N.A., v. Wilbur M. Davis, Jr.,
    C.A. No. 81-479-Civ-Orl-R(GC)
The Chase Manhattan Bank, N.A., v. Carl L. Croft, et al.,
    C.A. No. 81-480-Civ-Orl-R(GC)
The Chase Manhattan Bank, N.A., v. Julius M. Garner,
    C.A. No. 81-481-Civ-Orl-R(GC)
The Chase Manhattan Bank, N.A., v. Thomas A. Stanford,
    C.A. No. 81-482-Civ-Orl-R(GC)
The Chase Manhattan Bank, N.A., v. Bright McConnell,
    C.A. No. 81-483-Civ-Orl-R(GC)
The Chase Manhattan Bank, N.A., v. Meredith Lee Scott,
    C.A. No. 81-489-Civ-Orl-R(GC)
The Chase Manhattan Bank, N.A., v. Ralph H. Jennings, Jr.,
    C.A. No. 81-1047-Civ-T-GC